PUBLISH

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

No. 93-8474

WARREN PUBLISHING, INC.,

Plaintiff-Counter-
Defendant-Appellee,

versus

MICRODOS DATA CORP.;
ROBERT PAYNE,

Defendants-Counter-
Claimants-Appellants.

--------------------------
Appeal from the United States District Court for the
Northern District of Georgia
--------------------------

ON PETITION FOR REHEARING
(Opinion May 23, 1995, 11th Cir., 1995, ___ F.2d ___)

(October 5, 1995)

Before TJOFLAT, Chief Judge, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES and BARKETT, Circuit Judges.*

B Y   T H E   C O U R T :

A member of this court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges of this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc.  The previous panel's opinion is hereby VACATED.

---

*Senior U.S. Circuit Judge John C. Godbold has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).